*AFFIRMED.*

**Timothy Lamont HAZEL,
Plaintiff–Appellant,**

v.

**Ms. PARKER, Correctional Officer, Nash Correctional Institution; North Carolina Department of Corrections, Head of the NCDOC Division of Prisons @ 831 West Morgan Street, Raleigh, NC 27603, Defendants–Appellees.**

No. 03–6950.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 22, 2003.

Timothy Lamont Hazel, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Timothy Lamont Hazel appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hazel v. Parker,* No. CA–03–358–5–H (E.D.N.C. June 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*